**LAW OFFICES OF HENRY JACOBS, PLLC**
**271 North Stone Avenue**
**Tucson, Arizona 85701**
**PHN: (520) 792-0091**
**FAX: (520) 792-0471**

Henry Jacobs, Esq.
State Bar No. 023689
hjacobs@jacobsazlaw.com

Attorney for: IVAN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 18-cr-01257-JAS-EJM |
| Plaintiff, | |
| v. | **SECOND MOTION TO MODIFY CONDITIONS OF RELEASE** |
| **IVAN RODRIGUEZ**, | |
| Defendant. | |

COMES NOW the Defendant, by and through the undersigned counsel, and hereby moves this court for its order modifying the conditions of release in this matter by releasing defendant to the supervision of United States Pretrial Services for the reasons set forth herein.

### Changed Material Facts

1. The Defendant has been detained in pretrial custody as to this matter since July 11th, 2018, which is a total of 631 days as of this date.

2. The alleged offense(s) are of a non-violent nature.

1

3. Pursuant to General Orders 20-15 and 20-17 of this court, the Defendant is effectively detained at this time with no definite trial or disposition date in this matter, in spite of his speedy trial rights.

4. The COVID-19 global pandemic that has been the basis for these delays also affects the safety of persons held in custody, including the Defendant in this matter. The enhanced risk posed to defendants held in pretrial and prison custody is described in the attached Exhibit A (*Letter of the Federal Public & Community Defenders Legislative Committee to the United States Attorney General, et al.* of March 19th, 2020).

5. The Defendant requests that this court permit him to be released to United States Pretrial Services without bond, upon such conditions as may please the court.

6. The Defendant is presently detained at FMC Butner pending Restoration to Competency (RTC) efforts. No medical report has been received as of this date.

7. The Defendant states that he can reside in any residence or residential treatment facility that might be available and acceptable to United States Pretrial Services.

8. The Defendant promises that he will attend all of his court appearances and obey all contact, treatment and other orders of the court.

3

9.     The Government objects to the granting of this motion

RESPECTFULLY SUBMITTED this 2nd day of April, 2020.

**LAW OFFICES OF HENRY JACOBS**
P.L.L.C.

By:     /s/ Henry L. Jacobs
Henry Jacobs, Esq.
Attorney for Defendant